**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Samuel Espinoza Rodriguez v. The State of Texas

Appellate case number:   01-13-00447-CR
                         01-13-00448-CR

Trial court case number: 1356098
                         1356099

Trial court:             182nd District Court of Harris County

On September 30, 2014, appellant Samuel Espinoza Rodriguez filed a motion for reconsideration of this Court's order of September 18, 2014.  The motion is **DENIED**.

It is so ORDERED.


Judge's signature: ___/s/_ Rebeca Huddle_
                         X  Acting individually     ☐  Acting for the Court


Date:  October 28, 2014